IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY MORENO,

      Plaintiff,                           No. CIV S-08-1344 JAM EFB P

    vs.

DAVID MEDINA, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested that the court appoint counsel. He also seems to request additional time to file an amended complaint. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

      However, he has demonstrated good cause for additional time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 8, 2008, request for appointment of counsel is denied; and,

2. Plaintiff's request for an extension of time is granted, and he has 30 days from the date this order is served to file an amended complaint.

DATED: December 12, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE