IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY MORENO,

    Plaintiff,                    No. CIV S-08-1344 JAM EFB P

    vs.

DAVID MEDINA, et al.,

    Defendants.          <u>ORDER</u>

                            /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On November 12, 2008, the court directed plaintiff to submit documents necessary to effect service of process on the defendants, including a completed summons. The summons plaintiff submitted is incomplete and he has failed to comply with the order.

       It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the November 12, 2008, order or to submit a completed summons. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff one blank summons.

DATED: January 13, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY MORENO,

      Plaintiff,                    No. CIV S-08-1344 JAM EFB P

    vs.

DAVID MEDINA, et al.,

      Defendants.               <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__      completed summons form

        __x__   completed forms USM-285

        __x__   copies of the _____
                                    Complaint

Dated:

                                        _____
                                              Plaintiff