1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MARK ANTHONY MORENO,

11          Plaintiff,                    No. CIV S-08-1344 JAM EFB P

12      vs.

13  DAVID MEDINA, et al.,

14          Defendants.              <u>ORDER</u>

15  _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17  seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On November 12, 2008, the magistrate judge filed findings and recommendations

20  herein which were served on plaintiff and which contained notice to plaintiff that any objections

21  to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

22  objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25  ORDERED that:

26  ////

1. The findings and recommendations filed November 12, 2008, are adopted in full; and

2. Plaintiff's claims against the High Desert State Prison ICC are dismissed with prejudice on the ground that plaintiff cannot state any claim against it.  *See* 28 U.S.C. § 1915A.

DATED:   2/13/2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE