1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK ANTHONY MORENO,

11          Plaintiff,                    No. CIV S-08-1344 JAM EFB P

12      vs.

13   ERVIN, et al.,

14          Defendants.           FINDINGS AND RECOMMENDATIONS

15   _____/

16      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.

18      On November 12, 2008, the court dismissed plaintiff's claims against defendants

19   Simmerson, Cochran and the Chief Medical Officer of HDSP pursuant to 28 U.S.C. § 1915A,

20   with leave to amend.  The court informed plaintiff he could proceed against defendants Dr.

21   David Medina, Dr. James, Dr. Rita Waterman and Officer Hitchcock by submitting materials for

22   service within 20 days, but the court would construe his election so to proceed as consent to

23   dismissal of his claims against defendants Simmerson, Cochran and the Chief Medical Officer of

24   HDSP without leave to amend.

25      On December 22, 2008, plaintiff submitted materials for service of defendants Media,

26   James, Waterman and Hitchcock.  The court finds plaintiff has consented to dismissal of claims

1

1    against defendants Simmerson and Cochran without leave to amend.

2          Accordingly, it is hereby recommended that claims against defendants Simmerson and

3    Cochran be dismissed without prejudice.

4          These findings and recommendations are submitted to the United States District Judge

5    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

6    after being served with these findings and recommendations, any party may file written

7    objections with the court and serve a copy on all parties.  Such a document should be captioned

8    "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

9    within the specified time may waive the right to appeal the District Court's order. *Turner v.*

10    *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

11    Dated:  March 16, 2009.

12

13                 EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26