IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY MORENO,

    Plaintiff,                    No. CIV S-08-1344 JAM EFB P

    vs.

D. MEDINA, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to file and serve an answer to the complaint. *See* Fed. R. Civ. P. 6(b).

        Defendants' April 24, 2009, request is granted and defendants have 30 days from the date this order is served to file and serve an answer to the complaint.

        So ordered.

Dated: April 28, 2009.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE