IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY MORENO,

      Plaintiff,  No. CIV S-08-1344 JAM EFB P

  vs.

ERVIN, et al.,

      Defendants.  <u>ORDER</u>

                                 /

     Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

     The United States Marshal has returned process directed to defendant Rita Waterman unserved because High Desert State Prison, where the events giving rise to this action occurred, has no record that this defendant was employed there, and because her name could not be located in the database of current and former employees maintained by the California Department of Corrections and Rehabilitation. Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may attempt to obtain seek such information through the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless

the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff one form USM-285, one summons and a copy of the pleading filed January 13, 2008.

2. Within 60 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant Waterman and two copies of the pleading provided to plaintiff.

3. Failure to provide new instructions for service of process upon Rita Waterman within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to this defendant.

DATED: April 29, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

|    |                                                                              |
|----|------------------------------------------------------------------------------|
| 1  |                                                                              |
| 2  |                                                                              |
| 3  |                                                                              |
| 4  |                                                                              |
| 5  |                                                                              |
| 6  |                                                                              |
| 7  |                                                                              |
| 8  |               IN THE UNITED STATES DISTRICT COURT                            |
| 9  |               FOR THE EASTERN DISTRICT OF CALIFORNIA                         |
| 10 | MARK ANTHONY MORENO,                                                         |
| 11 |            Plaintiff,                No. CIV S-08-1344 JAM EFB P             |
| 12 |     vs.                                                                      |
| 13 | ERVIN, et al.,                                                               |
| 14 |            Defendants.               NOTICE OF SUBMISSION                    |
|    |                                      OF DOCUMENTS                            |
| 15 | _____/                                                    |
| 16 |       Plaintiff hereby submits the following documents in compliance with the court's |
| 17 | order filed _____.                                                        |
| 18 |       __1__    completed summons                                             |
| 19 |       __1__    completed USM-285 form                                        |
| 20 |       __2__    copies of the __June 13, 2008__                               |
|    |                              Complaint                                       |
| 21 | DATED:                                                                       |
| 22 |                                                                              |
| 23 |                                                                              |
| 24 |                                      _____          |
|    |                                      Plaintiff                               |
| 25 |                                                                              |
| 26 |                                                                              |