IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY MORENO,

    Plaintiff,                      No. CIV S-08-1344 JAM EFB P

    vs.

DAVID MEDINA, et. al,

    Defendants.           <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 5, 2010, and June 7, 2010, plaintiff filed two motions to compel asking the court to order his prison to let him to review his medical records for the purpose of opposing defendants' motion for summary judgment.

    IT IS HEREBY ORDERED that defendants shall file a response to plaintiff's motions no later than seven days from the date of this order. Plaintiff's duty to file an opposition to defendants' summary judgment motion is temporarily postponed pending the resolution of these motions.

Dated: June 16, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE