IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY MORENO,

      Plaintiff,                   No. CIV S-08-1344 JAM EFB P

    vs.

DAVID MEDINA, et. al,

      Defendants.        <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On May 7, 2010, June 7, 2010, and July 2, 2010 plaintiff filed motions to compel asking the court to order his prison to let him to review his medical records for the purpose of opposing defendants' motion for summary judgment.

      The court ordered defendants to file a response to plaintiff's motions.  On July 26, 2010, defendants filed a response stating that plaintiff had reviewed all eight volumes of his medical file on July 8, 2010.

////

////

////

////

1  Accordingly, it is hereby ORDERED that:

2  1.  Plaintiff's May 7, 2010, June 7, 2010, and July 2, 2010 motions to compel are denied as moot; and

3  2.  As ordered in the court's July 19, 2010 order, plaintiff shall file his opposition to defendant's motion for summary judgment by August 18, 2010.

Dated:  August 2, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE