1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

MARK ANTHONY MORENO,

11

           Plaintiff,                              No. CIV S-08-1344 JAM EFB P

12

   vs.

13

DAVID MEDINA, et al.,

14

           Defendants.                              <u>ORDER</u>

15

_____/

16

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17

U.S.C. § 1983.  On August 8, 2011, plaintiff filed a document stating that his prison law library

18

lacks the legal materials listed in *Gilmore v. California*, 220 F.3d 987 (9th Cir. 2000), and that

19

the library only has three computer terminals.  Dckt. No. 94.  The court ordered defendants to

20

respond to plaintiff's allegations.  Dckt. No. 96.

21

       Defendants responded and submitted the declaration of N. Olsen, the senior law librarian

22

at Kern Valley State Prison.  Dckt. No. 97, Ex. A.  Olsen declares that the library currently

23

possesses all of legal materials required by title 15, section 3124 of the California Code of

24

Regulations, which incorporates most of the requirements in *Gilmore*.  *Id.* at 2.  He declares that

25

Kern Valley State Prison has twenty inmate-accessible computers in the library and in the

26

administrative segregation units throughout the prison, which contain West publications,

1   including federal and state codes, case law, and digests.  *Id.*  The law library also has these

2   materials in print.  *Id.*

3          Plaintiff has not explained what materials he needs in order to litigate his case that are

4   lacking from the law library.  As noted in the court's previous order, plaintiff has already filed

5   his opposition to defendants' motion for summary judgment.  The court granted plaintiff an

6   additional 30 days to file an amended opposition, but he did not file an amended opposition or

7   request additional time for doing so.  As plaintiff has not explained how he has been or will be

8   prejudiced by the alleged lack of materials in the law library, his request that this court order the

9   prison to obtain more materials is denied.

10         Accordingly, IT IS HEREBY ORDERED that:

11         1.  Defendants' motion for summary judgment is deemed submitted.

12         2.  Plaintiff's request that the court order Kern Valley State Prison to obtain more

13   materials for its law library is denied.

14   DATED:  November 14, 2011.

15                                   EDMUND F. BRENNAN

16                                   UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

                                            2