UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY MORENO, | No. 2:08-cv-1344-JAM-EFB P |
| Plaintiff, | |
| v. | |
| D. MEDINA, et al., | ORDER |
| Defendants. | |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C § 1983. Defendant Medina has filed a motion to modify the scheduling order to extend the time within which he may file a supplemental motion for summary judgment. ECF No. 122.

    Pursuant to Local Rule 230(*l*), the court will set the motion for a hearing.

1. A hearing on the motion is set for Wednesday, March 19, 2014 at 11:00 a.m., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 8, before the undersigned.

2. Plaintiff shall appear at the hearing via videoconference from his current institution of confinement. A separate order and writ of habeas corpus ad testificandum will issue concurrently with this order.

DATED: February 14, 2014.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE