UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY MORENO,

        Plaintiff,                No.  2:08-cv-1344 JAM EFB P

vs.

DAVID MEDINA, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Mark Anthony Moreno, inmate E-28018, a necessary and material witness in proceedings in this case on March 19, 2014, is confined in California State Prison, Sacramento, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Edmund F. Brennan, to appear by video-conferencing at California State Prison, Sacramento, March 19, 2014, at 11:00 a.m..

    ACCORDINGLY, IT IS ORDERED that:

    1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court from 11:00-11:30 a.m. on March 19, 2014;a

    2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3.  The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California State Prison, Sacramento, 916-294-3072.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of California State Prison, Sacramento, Prison Road, P.O. Box 290002, Represa, California 95671-0002:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court from 11:00-11:30 a.m. on March 19, 2014.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  February 14, 2014.

/kly
more1344.841.vc

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE