UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY MORENO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. MEDINA, et al.,<br><br>　　　　　Defendants. | No.  2:08-cv-1344-JAM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Plaintiff requests a 60 day extension of time to file an opposition to defendant's motion for summary judgment, stating he was transferred to another prison and does not have access to all of his legal property.  He also moves to compel prison officials to return the missing legal property.  The court will grant plaintiff the requested extension of time, but deny the motion to compel.  If plaintiff is unable to file an opposition within the time allowed, he may request another extension of time.  However, such request must explain what efforts he has made, if any, toward preparing his opposition brief, and if the legal property has not been returned to him, why the brief cannot be completed without access to that property.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 133) is granted and plaintiff has sixty days from the date of this order to file his opposition; and

1

2. Plaintiff's motion to compel (ECF No. 134) is denied.

Dated: April 24, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE